IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00064–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PAGE PENK,

    Defendant.

## ORDER

    This matter is before the court on Defendant-Appellant's Motion for Judicial Recusal Under 28 U.S.C. § 455 (#16). The motion states no ground for disqualification under 28 U.S.C. § 455, and the court is aware of none. The motion also requests an *in camera* hearing to "discuss this matter." The motion recites no authority for such a hearing, and the court is aware of none. The motion is therefore DENIED.

    **SO ORDERED**.

    Dated this 1st day of May, 2008.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      Chief United States District Judge