IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy ClerkDate: May 23, 2008
Paul Zuckerman, Court Reporter

Criminal Action No. 08–cr–00064–EWN

*Parties:**Counsel:*

UNITED STATES OF AMERICA,Michael Johnson

Plaintiff,

v.

1. PAGE PENK,Neil MacFarlane

Defendant.

---

## COURTROOM MINUTES

---

**Hearing on Motion to Proceed *Pro Se***

**10:30 a.m.**Court in session.

Discussion regarding motion to withdraw, #20, and motion to proceed *pro se*, #15.

Court questions Defendant.

Court finds that Defendant is capable of representing himself and that his decision is made knowingly and voluntarily with an awareness of all consequences.

**ORDERED: 1.Defendant's Motion to Proceed *Pro Se* (#15, filed April 30, 2008) is GRANTED.**

**ORDERED: 2.Mr. MacFarlane's Motion to Withdraw (#20, filed May 18, 2008) is GRANTED.**

**10:39 a.m.**     Court in recess.

Hearing concluded.

Total time: 00:09