IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  　　　　　　　　　Date: July 2, 2008
Therese Lindblom, Court Reporter

Criminal Action No. 08–cr–00064–EWN

*Parties:*　　　　　　　　　　　　　　　　　*Counsel:*

UNITED STATES OF AMERICA,　　　　　　Michael Johnson

　　　Plaintiff,

v.

1.  PAGE PENK,　　　　　　　　　　　　　　*Pro Se*

　　　Defendant.

---

# COURTROOM MINUTES

**Hearing on Motion Regarding Competency**

**9:32 a.m.**　　Court in session.

Court calls case and appearances.

Discussion regarding motion, #23.

Court finds that it does not have the authority to grant the motion.

**ORDERED: 1.**　　Defendant's Motion for Hearing on Defendant's Possible Competency Evaluation (#23, filed June 13, 2008) is DENIED.

**ORDERED: 2.**　　Defendant shall have until September 2, 2008, within which to file his reply brief on this appeal.

**10:00 a.m.** Court in recess.

Hearing concluded.

Total time: 00:28